## STATE OF OREGON,
*Respondent,*

*v.*

## BRADLEY DEAN PETERS,
*Appellant.*

(M258599; CA A29123)

675 P2d 1133

Kenneth S. Stern, Milwaukie, argued the cause for appellant. With him on the brief was Rose & Stern, Portland.

Martha Rice, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Based on the facts found by the trial judge in this case, defendant was entitled to a judgment of acquittal.

Reversed.